UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS SMITH,

        Plaintiff,         Case Number 13-12759
                                           Honorable David M. Lawson
                                           Magistrate Judge Michael J. Hluchaniuk

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

Presently before the Court is the report issued on February 12, 2015 by Magistrate Judge Michael J. Hluchaniuk pursuant to 28 U.S.C. § 636(b), recommending that the Court grant the defendant's motion for summary judgment and deny the plaintiff's motion for summary judgment. Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #19] is **ADOPTED.**

It is further **ORDERED** that the defendant's motion for summary judgment [dkt. #18] is **GRANTED.**

It is further **ORDERED** that the plaintiff's motion for summary judgment [dkt. #17] is **DENIED.**

It is further **ORDERED** that the plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

                         s/David M. Lawson  
                         DAVID M. LAWSON  
                         United States District Judge

Dated:   March 2, 2015

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 2, 2015.

                     s/Susan Pinkowski  
                     SUSAN PINKOWSKI